## GRANT ET AL. V. POTTS ET AL.

### December 5, 1837.

*Rule to show cause why the execution of a fieri facias should not be set aside.*

If a plaintiff issue a *capias ad satisfaciendum, fieri facias,* and attachment of execution simultaneously, and more than one of them be served, the *defen-*

---

[Grant et al. v. Potts et al.]

*dant* may elect which shall stand, and the service of the other, or others, will be set aside on his application.

THE plaintiffs having obtained judgment against the defendants, issued contemporaneously, a *fieri facias,* and *attachment-execution,* and the sheriff executed *both.*

*J. R. Ingersoll,* on behalf of the defendant, obtained a rule to show cause why the execution of the *fieri facias* should not be set aside.

*W. T. Smith,* contra.

PER CURIAM.—We decided in *Davies v. Scott, (antè* 52,) that the plaintiff might *issue* a *capias ad satisfaciendum, fieri facias* and attachment of execution simultaneously, but that one only could be enforced, and that if more than one of these writs should be served, the defendant might *elect* which should stand, and that the other, or others, should be set aside. Here the defendants have elected that the attachment-execution should remain, and have asked that the service of the *fieri facias* should be set aside. The rule must be made absolute.

Rule absolute.